**Electronically Filed
Supreme Court
SCAD-21-0000338
24-MAY-2021
08:23 AM
Dkt. 3 ORD**

SCAD-21-0000338

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

KEONI K. AGARD, (Bar No. 2649)
Respondent.

---

ORIGINAL PROCEEDING
(ODC NOS. 21-0105, 19-0324)

<u>ORDER OF TRANSFER TO INACTIVE STATUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon review of the May 19, 2021 petition filed by the Office of Disciplinary Counsel (ODC) on behalf of, and with the approval of, the Disciplinary Board of the Supreme Court of the State of Hawaiʻi, requesting this court to immediately transfer Respondent Keoni K. Agard to inactive status, pursuant to Rules 2.19(b) and 2.19(c) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), we conclude transfer to inactive status is warranted. Therefore,

IT IS HEREBY ORDERED that Respondent Keoni K. Agard is immediately transferred to inactive status in this jurisdiction, pursuant to RSCH Rules 2.19(b) and 2.19(c), effective with the filing of this order. Respondent Agard shall remain on inactive

status until further order of this court.

IT IS FURTHER ORDERED that ODC shall, within 60 days of the entry date of this order, file a report, informing this court whether, in ODC's view, a trusteeship over Respondent Agard's former law practice is warranted, pursuant to RSCH Rule 2.20 (2021).

IT IS FURTHER ORDERED that ODC shall suspend and hold in abeyance proceedings against Respondent Agard to the extent required by RSCH Rule 2.19(h).

IT IS FURTHER ORDERED that the Disciplinary Board shall, pursuant to RSCH Rule 2.19(d), cause a notice of this transfer to inactive status to be published in a newspaper of general circulation in the judicial circuit in which Respondent Agard maintained his practice.

IT IS FINALLY ORDERED that the clerk of the court, pursuant to RSCH Rule 2.19(e), shall transmit a certified copy of this order to all judges of the State of Hawai'i and shall request their assistance and such action as may be indicated, pursuant to RSCH Rule 2.20, to protect the interests of both Respondent Agard and his clients, if any.

DATED: Honolulu, Hawai'i, May 24, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins



2